```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| WILFREDO MORA, | Civil No. 09-4183 (JBS) |
| Plaintiff, |  |
|  | **ORDER** |
| v. |  |
| CAMDEN COUNTY, et al., |  |
| Defendants. |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 21st day of June, 2010,

ORDERED that the Order to Show Cause (Docket Item #22) is DISCHARGED; and it is further

ORDERED that Plaintiff Grohs' motion (Docket Item #14) to construe the matter as a complaint brought pursuant to 42 U.S.C. § 1983 is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, without prejudice to the filing of an amended complaint within 30 days of the date of the entry of this Order; and it is further

ORDERED that Plaintiff Grohs' motion (Docket Item #14) to certify a class is DENIED as moot; and it is further

ORDERED that Defendants' cross motion (Docket Item #21) to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(c) and 56 is DENIED as moot; and it is further

ORDERED that, if Plaintiff files an amended complaint within 30 days of the date of the entry of this Order, then the Court will enter an order reopening the file and screening the amended complaint for dismissal; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on the parties, and shall close the file.

_____
JEROME B. SIMANDLE, U.S.D.J.